■ STEPHEN L. OPPENHEIM et al., as Copartners Practicing Under the Name of OPPENHEIM & MELTZER, Respondents, v DENNIS PEMBERTON et al., Defendants; DOLPHIN DEVELOPMENT CORPORATION et al., Respondents, and TREASURE LAKE ASSOCIATES, Appellant. (And Three Other Related Actions.)—Appeal (1) from an order of the Supreme Court (Williams, J.), entered March 16, 1988 in Sullivan County, which, inter alia, granted a motion by various defendants for partial summary judgment, and (2) from the judgment entered thereon.

The order appealed from granting a motion by defendants Dolphin Development Corporation, Blawite Properties, Inc., Fallsburgh Properties, Inc. and Edward J. Garling for partial summary judgment having been superseded by Supreme Court's order granting renewal of that earlier motion, this appeal, brought by defendant Treasure Lake Associates, has been rendered moot (see, Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C5517:1, at 174; see also, Public Serv. Truck Renting v Ambassador Ins. Co., 136 AD2d 911; Hyman v Hillelson, 79 AD2d 725, affd 55 NY2d 624).

Appeal dismissed, as moot, without costs. Kane, J. P., Casey, Mikoll, Yesawich, Jr., and Mercure, JJ., concur.

■ MANUEL MARTINEZ et al., Appellants, v COMMERCIAL MUTUAL INSURANCE COMPANY, Formerly Known as NEW YORK MUTUAL UNDERWRITERS, Respondent, et al., Defendant.—Appeal from an order of the Supreme Court (Harlem, J.), entered September 20, 1988 in Otsego County, which granted defendant Commercial Mutual Insurance Company's motion for leave to amend its answer.

Order affirmed, without costs, upon the opinion of Justice Robert A. Harlem. Kane, J. P., Mikoll, Yesawich, Jr., Levine and Mercure, JJ., concur.